**Guttilla Murphy Anderson**
Ryan W. Anderson (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for the Dina L. Anderson, the Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>Adv. No. 2:23-ap-00239-DPC |
| DINA L. ANDERSON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Even Stevens Acquisition Partners, LLC, a Utah Limited Liability Company; Even Stevens Operations, LLC, an Oregon Limited Liability Company; Headwaters Concepts, LLC, an Oregon Limited Liability Company; and Brooks and Jane Doe Pickering.<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

I, Louis A. Lofredo, state as follows:

I am employed as a paralegal at the law firm of Guttilla Murphy Anderson, PC, counsel of record in this matter. I am a citizen of the United States, over the age of eighteen years and

am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following:

- **Complaint for Breach of Contract and Turnover of Property of the Estate under Section 542(b) of the Bankruptcy Code (Doc 1 Adv); and**
- **Summons in an Adversary Proceeding (Doc 3 Adv).**

A copy of the foregoing was served via first-class mail, postage prepaid, to each of the following on December 5, 2023:

Even Stevens Acquisition Partners, LLC
Attn: Brooks Pickering
746 E. Winchester Street, Suite G20
Murray, UT 84107

Even Stevens Operations, LLC
301 SE 2nd Ave
Portland, OR 97214

Drive Management LLC
Registered Agent for Even Stevens Operations, LLC
301 SE 2nd Ave
Portland, OR 97214

Headwaters Concepts, LLC
301 SE 2nd Ave
Portland, OR 97214

Drive Management LLC
Registered Agent for Headwaters Concepts, LLC
301 SE 2nd Ave
Portland, OR 97214

Brooks Pickering
746 E. Winchester Street, Suite G20
Murray, UT 84107

Brooks Pickering
1033 Noth Shore Road
Lake Oswego, OR 97034

Brooks Pickering
2001 Amber Stone Ct
Las Vegas, NV 89134

Courtesy copies of the foregoing documents were also sent to the email addresses for Brooks Pickering, personally and as a principal of each of these entities, at brooks@headwatersconcepts.com, bpickering@driveequitypartners.com and brooks@esbepartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of December 2023.

        GUTTILLA MURPHY ANDERSON, P.C.

        */s/ Louis A. Lofredo*
        Louis A. Lofredo, paralegal

[Not notarized pursuant to 28 U.S.C. § 1746]

3081-004 (524497)