SO ORDERED.

Dated: March 25, 2024

Daniel P. Collins, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Even Stevens Sandwiches, LLC, *et al.*,<br><br>        Debtors. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>Adv. No. 2:23-ap-00239-DPC |
| Dina L. Anderson, Chapter 7 Trustee,<br><br>        Plaintiff,<br>v.<br><br>Even Stevens Acquisition Partners, LLC, a Utah Limited Liability Company; Even Stevens Operations, LLC, an Oregon Limited Liability Company; Headwaters Concepts, LLC, an Oregon Limited Liability Company; and Brooks and Jane Doe Pickering.<br><br>        Defendant. | **DEFAULT JUDGMENT AGAINST EVEN STEVENS ACQUISITION PARTNERS, LLC, EVEN STEVENS OPERATIONS, LLC, HEADWATERS CONCEPTS, LLC, BROOKS PICKERING AND JANE DOE PICKERING** |

  Dina L. Anderson, the duly appointed Chapter 7 Trustee herein ("Trustee"), having filed a Complaint (Docket Entry "Dkt." No. 1) for the above-referenced Adversary Case on December 4, 2023, having filed a *Motion for Entry of Default* (Dkt. No. 5) with the Clerk of Court, and having set forth the basis supporting the Entry of a Default Judgment against

Defendants Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering (collectively "Defendants Pickering"), and having reviewed the pleadings of record,

**THE COURT FINDS:**

1. Defendants Pickering were properly served with process pursuant to Fed. R. Bankr. P. 7004(b)(3) and failed to appear and answer the Complaint within the time prescribed by law;

2. The Clerk of this Court duly entered the default against Defendants Pickering on February 16, 2024 (Dkt. No. 6);

3. Defendants Pickering are neither infants, incompetent persons, nor members of the military service; and

4. The Trustee is entitled to judgment against Defendants Pickering and there is no just reason to delay entry of judgment.

**NOW, THEREFORE, IT IS ORDERED** as follows:

A. Granting Judgment to Trustee on the Complaint;

B. Trustee is awarded damages in the principal amount of $1,942,344.90 and interest in the amount of 347,907.35, which totals $2,290,252.25, jointly and severally against Defendants Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering;

C. The Trustee is awarded pre-judgment interest at the agreed upon contract rate of 20% from October 20, 2023 (the last date of the interest calculation prior to filing the Complaint) through the date of this Judgment;

D. The Trustee is awarded post-judgment interest at 4.94%, which is the post-judgment federal interest rate for the calendar week preceeding the entry of this Judgment pursuant to 28 USC § 1961, from the date of this Judgment until paid in full; and

E. This Court shall retain jurisdiction for any dispute arising from this Judgment or the underlying Complaint.

**DATED AND SIGNED ABOVE.**